# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al*<br>No.: 2:25-cv-11985-RMG |

## NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Paragraph 6 of the Second Amended CMO 28, the entire action of each Plaintiff listed in the attached Exhibit A is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claims for the underlying dismissed claims.

Dated: January 27, 2026               Respectfully submitted,

By: */s/ Jospeh Y. Shenkar*
**Marc J. Bern & Partners LLP**
Joseph Y. Shenkar
South Carolina Bar No.: 77769
Fed. Bar No.: 10861
101West Elm St. Suite 101
Conshohocken, PA 19428
(212) 702-5000
JShenkar@Bernllp.com
*Attorney for Plaintiff*

# Exhibit A

| Case Number | Case Name | Plaintiff Name (if injured party is deceased or Incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Part Plaintiff Name" |
|---|---|---|
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | William Brunelle |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Sandra Brunelle |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Wilie James Bethay Jr |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Samuel Cruz |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Ronald Cox |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Christy Delvey |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Philip Brooks |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Michael McCormick |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Chris Morgan |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Alan Hauenstein |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Deric Smith |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Brian Parker |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Mark B Truelove |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Heather Truelove |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

By: */s/ Miranda Emerson*
Miranda Emerson, Paralegal
Marc J. Bern & Partners LLP